CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee for the Benefit of the Holders of the Certificates Issued under a Certain Agreement Made by 14 WEST

SEVENTY-SECOND STREET CORPORATION, Appellant, v. HOWARD V. WILLIAMS and Others, Defendants; ABRAHAM J. HALPRIN and Others, Respondents.— Order modified by reducing the allowances therein provided for to an aggregate amount of $3,000, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.